**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**LUIS RENE FRATICELLI SANCHEZ**<br>**aka LUIS R FRATICELLI**<br><br>xxx–xx–2054<br><br>                    Debtor(s) | Case No. **19–04646 BKT**<br><br>Chapter **7**<br><br><br>FILED & ENTERED ON 9/10/19 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion Requesting Appointment of "Next Friend" or "Guardian Ad Litem" Pursuant to Rule 1004.1 FRBP filed by Debtor, docket #6.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Tuesday, September 10, 2019 .

Brian K. Tester
United States Bankruptcy Judge